1
2
3
4                                                              JS-6
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  DANIEL DIAZ PEREZ,              )   No. CV 18-0600 JFW (FFM)
                                    )
12               Petitioner,        )
                                    )   JUDGMENT
13        v.                        )
                                    )
14  WILLIAM SULLIVAN, Warden,       )
                                    )
15               Respondent.        )
    _____)
16
17        Pursuant to the Order Accepting Findings, Conclusions and Recommendations of
18  United States Magistrate Judge,
19        IT IS ADJUDGED that the Petition is denied and the action is dismissed without
20  prejudice.
21
22  DATED: November 9, 2018
23
24                                  _____
25                                        JOHN F. WALTER
                                        United States District Judge
26
27
28